

FILED

JUN 1 2 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>FRITZ ANDERSON,<br><br>Defendant/Movant. | Cause No. CR 07-015-BLG-SPW<br>CR 07-112-BLG-SPW<br><br>ORDER RESETTING NEW<br>SENTENCING HEARING |

Upon the Defendant's Unopposed Motion to Continue Sentencing Dates (Doc. 519), and for good cause being shown,

**IT IS HEREBY ORDERED** that the resentencing currently scheduled for July 19, 2019 at 9:30 a.m., is **VACATED** and reset to commence on **Friday, August 16, 2019 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

Accordingly, IT IS FURTHER ORDERED:

1. Counsel shall attempt in good faith to resolve disputes over any

1

material in the presentence report. Unresolved objections to be relied upon at sentencing shall be presented to the probation officer on or before **July 12, 2019.** U.S.S.G. § 6A1.2. **Any unresolved objections are expected to be included in the pre-sentence report, not in a sentencing memorandum.**

2. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **July 26, 2019.**

3. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **August 2, 2019.** Absent good cause shown, sentencing memoranda and supporting documents filed after August 2, 2019 will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

4. Responses to sentencing memoranda shall be filed on or before **August 9, 2019**.

5. Reply briefs will not be accepted for filing in sentencing matters.

6. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

7. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 12th day of June, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge