IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRITZ ANDERSON,<br><br>Defendant. | CR 07-112-BLG-SPW<br><br>ORDER |

On January 12, 2026, Defendant Fritz Anderson motioned the Court for Early Termination of Supervised Release. (Doc. 267). U.S. Probation Officer Tim Lowrance supports Mr. Anderson's Motion and believes he is a good candidate. The Government objected to the Motion but did not file a response.

Pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c)(2), and for good cause being shown,

IT IS HEREBY ORDERED that Mr. Anderson's Motion is GRANTED. FRITZ ANDERSON'S supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 28th day of January, 2026.

SUSAN P. WATTERS
United States District Judge